UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

HUGO ISRAEL ALFARO,

    Plaintiff,

v.                                          Hon. Phillip J. Green

SARMIENTO CONSTRUCTION, LLC,         Case No. 1:21-cv-00838
et al.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment. (ECF No. 51). Prior to seeking a default judgment, Plaintiff must first obtain entry of default under Federal Rule of Civil Procedure 55(a). *See Reed-Bey v. Pramstaller*, 607 Fed. Appx. 445, 449 (6th Cir., Apr. 2, 2015). Default has not been entered against either Defendant. Accordingly, Plaintiff is not entitled to default judgment, and Plaintiff's motion is **DENIED** without prejudice.

    **IT IS SO ORDERED.**

Dated: August 22, 2023                                            /s/ Phillip J. Green
                                                                   PHILLIP J. GREEN
                                                                     U.S. Magistrate Judge