UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HUGO ISRAEL ALFARO,

    Plaintiff,

                                        Hon. Phillip J. Green

v.

                                        Case No. 1:21-cv-0838

SARMIENTO CONSTRUCTION, LLC,
et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order Granting Default Judgment entered this day, Final Judgment is entered in favor of Plaintiff and against Defendants Petra Sarmiento and Sarmiento Construction, LLC, jointly and severally, in the amount of $57,000.00, plus reasonable attorney fees and costs to be determined through the filing of a post-judgment petition.

Date: January 24, 2024                            /s/ Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge